1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11

| | |
|---|---|
| SOUP BASES LOADED on behalf of itself and all others similarly situated, | ) ) ) Case No. C-06-3621 JL |
| Plaintiff, | ) ) **[PROPOSED] ORDER TRANSFERRING** |
| vs. | ) **CASE UNDER 28 U.S.C. §1404(a) TO THE** ) **UNITED STATES DISTRICT COURT** |
| AJINOMOTO U.S.A. INC.; AJINOMOTO COMPANY, INC.; AJINOMOTO EURO- | ) **FOR THE EASTERN DISTRICT OF** ) **PENNSYLVANIA** |
| ASPARTAME S.A.; AJINOMOTO SWITZERLAND A.G.; DAESANG CORPORATION f/k/a/ MIWON CO., LTD.; DAESANG AMERICA, INC., f/k/a/ MIWON AMERICAN, INC.; MONSANTO COMPANY; THE NUTRASWEET COMPANY; HOLLAND SWEETENER COMPANY V.O.F.; and HOLLAND SWEETENER NORTH AMERICA, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

12

13

14

15

16

17

18

19

20

21

22

23

24          Upon consideration of plaintiff Soup Bases Loaded's Unopposed Motion to Transfer

25   Case Under 28 U.S.C. §1404(a) to the United States District Court for the Eastern District of

26   Pennsylvania, the Court finds that it is in the interests of judicial efficiency and justice that this

27   case be transferred to the United States District Court for the Eastern District of Pennsylvania.

28

1       IT IS ORDERED that this case is TRANSFERRED pursuant to 28 U.S.C. §1404(a) to

2  the United States District Court for the Eastern District of Pennsylvania, where several related

3  actions are already pending.

4       SO ORDERED.

5  Dated: August _9_, 2006.



IT IS SO ORDERED

Judge James Larson