**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 14, 2006

United States District Court  
Eastern District of Pennsylvania  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106-1796

RE: CV 06-03621 JL   SOUP BASES LOADED-v-AJINOMOTO U.S.A. INC.

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☐ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,  
        RICHARD W. WIEKING, Clerk

        by:  Gloria Acevedo  
        Case Systems Administrator  
        To Chief Magistrate Judge James Larson

Enclosures  
Copies to counsel of record

August 14, 2006

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.